UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROTONDA R. LLOPIS,<br><br>                    Plaintiff,<br><br>     v.<br><br>US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC., 2006-NC1, ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-NC1; and DOES 1-20, INCLUSIVE,<br><br>                    Defendants. | No.  2:13-cv-2246-TLN-EFB PS<br><br><br><u>ORDER</u> |

This case, in which plaintiff is proceeding *in propria persona*, was referred to the undersigned under Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). Plaintiff seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. 1915. His declaration makes the showing required by 28 U.S.C. §1915(a)(1) and (2). *See* ECF No. 2. Accordingly, the request to proceed *in forma pauperis* is granted.[1]  28 U.S.C. § 1915(a).

DATED: March 25, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Based on defendant's appearance, *see* ECF No. 5, service by the United States Marshal is unnecessary.