MARK D. LONERGAN (State Bar No. 143622)
EDWARD R. BUELL III (State Bar No. 240494)
erb@severson.com
GURINDER S. GREWAL (State Bar No. 277975)
gsg@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR CITIGROUP MORTGAGE
LOAN TRUST, INC. 2006-NC1, ASSET-
BACKED PASS-THROUGH CERTIFICATES
SERIES 2006-NC1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| ROTONDA R. LLOPIS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC., 2006-NC1, ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-NC1; AND DOES 1-20, INCLUSIVE,<br><br>　　　　　Defendants. | Case No. 2:13-cv-02246-EFB<br><br>[<s>PROPOSED</s>] **ORDER GRANTING MOTION TO DISMISS COMPLAINT AND JUDGMENT IN FAVOR OF DEFENDANT**[1]<br><br>Date:　　May 7, 2014<br>Time:　　10:00 a.m.<br>Crtrm.:　Courtroom 8, 13th floor<br>Judge:　Hon. Edmund F. Brennan<br><br>Action Filed:　October 28, 2013<br>Trial Date:　　n/a |

---

[1] This case is before the undersigned pursuant to consent of the parties. *See* ECF No. 9; 28 U.S.C. § 636; Fed. R. Civ. P. 73.

1  The motion of defendant U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR CITIGROUP MORTGAGE LOAN TRUST, INC. 2006-NC1, ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-NC1 ("Defendant") to dismiss Plaintiff's Complaint came on for hearing on May 7, 2014.

For the reasons stated on the record at the hearing, it is hereby ORDERED that:

1. Defendant's Motion to Dismiss Plaintiff's Complaint, ECF No. 5, is granted;

2. Plaintiff's complaint is dismissed without leave to amend;

3. The Clerk is directed to enter judgment in defendant's favor; and

4. The Clerk is directed to close the case.

DATED: May 8, 2014.

_____
Hon. Edmund F. Brennan
U.S. Magistrate Judge